FILED by CF D.C.
ELECTRONIC
Mar 25, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20220-CR-JORDAN/MCALILEY

33 U.S.C. §§ 1321(b)(3) and 1319(c)(2)(A)

UNITED STATES OF AMERICA

v.

MERCATOR SHIP MANAGEMENT, S.A.,
    d/b/a BERNUTH LINES,

        Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The M/V NERA II was a ninety-meter ship weighing 2,427 gross tons that operated from Terminal Island, a deepwater terminal in the Port of Miami, Florida, located opposite Lummus Island. The M/V NERA II is currently registered in Antigua and Barbuda.

2. Defendant MERCATOR SHIP MANAGEMENT, S.A., d/b/a BERNUTH LINES, was a foreign corporation engaged in the technical management of ocean-going vessels, including the M/V NERA II.

## COUNTS 1 - 2
## Clean Water Act
### (33 U.S.C. §§ 1321(b)(3) and 1319(c)(2)(A))

1.  Paragraphs 1 and 2 of the General Allegations section of this Information are realleged and incorporated by reference as though fully set forth herein.

2.  On or about the dates specified below with respect to each Count, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MERCATOR SHIP MANAGEMENT, S.A.,**
**d/b/a BERNUTH LINES,**

through the acts and omissions of its employees and agents, acting within the scope of their employment and authority and for the intended benefit of the defendant, did knowingly discharge oil and a hazardous substance, that is Hydrox Bio 68 lubricating oil, into and upon the navigable waters of the United States in such quantities as may be harmful, as set forth below:

| Count | Approximate Date |
|---|---|
| 1 | July 21, 2010 |
| 2 | January 4, 2011 |

In violation of Title 33, United States Code, Sections 1321(b)(3) and 1319(c)(2)(A).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JAIME A. RAICH
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES OF AMERICA

vs.

MERCATOR SHIP MANAGEMENT, S.A.,
d/b/a BERNUTH LINES,

            **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami  ___ Key West    New Defendant(s) _____
___ FTL    ___ WPB  ___ FTP    Number of New Defendants _____
                                Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    _No_
   List language and/or dialect   _____

4. This case will take   _0 (plea)_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_       Petty     _____
   II   6 to 10 days     _____     Minor     _____
   III  11 to 20 days    _____     Misdem.   _____
   IV   21 to 60 days    _____     Felony    _X_
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes  _X_ No

                                                    _[signature]_
                                                    JAIME A. RAICH
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar# 0040111

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MERCATOR SHIP MANAGEMENT, S.A. d/b/a BERNUTH LINES**

Case No: _____

Counts #: 1 - 2

Discharging oil into navigable waters of the United States

33 U.S.C. §§ 1321(b)(3) and 1319(c)(2)(A)

* Max. Penalty: The greater of $50,000 per day of violation or twice the gross gain

Counts #:

*Max. Penalty:

Counts #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.