AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

UNITED STATES OF AMERICA
V.

MERCATOR SHIP MANAGEMENT, S.A. d/b/a
Bernuth Lines

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER:  11-20220-CR-JORDAN

Brian Thomas McCarthy
Defendant Organization's Attorney

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)  __2 of the Information__

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 U.S.C. § 1319 | Discharging oil into navigable waters of the United States | January 4, 2011 | 2 |

The defendant organization is sentenced as provided in pages 2 through __5__ of this judgment.

☐  The defendant organization has been found not guilty on count(s) _____

X  Count(s)  __1__  X is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

Bernuth Lines, Ltd.

3201 N.W. 24th Street Road

Miami, Fl 33142-6913

May 3, 2011
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Adalberto Jordan, U.S. District
Name and Title of Judge

5-5-11
Date

Defendant Organization's Mailing Address:

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION:   MERCATOR SHIP MANAGEMENT, S.A.
CASE NUMBER:   11-20220-CR-JORDAN

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :

One (1) years.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

Judgment—Page 3 of 5

DEFENDANT ORGANIZATION:   MERCATOR SHIP MANAGEMENT, S.A.
CASE NUMBER:   11-20220-CR-JORDAN

# SPECIAL CONDITIONS OF SUPERVISION

**Permissible Search** - The defendant corporation shall submit to a search and/ inspection of any of its properties and places of business conducted at a reasonable time and in a reasonable manner by the U.S. Probation Officer and shall permit the U.S. Probation Officer to accompany any law enforcement or regulatory official during any enforcement or inspection of its properties or places of business.

**Disclosure of Business/Financial Records-** The defendant corporation shall make full and complete disclosure of its business finances/financial records to the U.S. Probation Officer. The defendant corporation shall submit to an audit of its business financial records as requested by the U.S. Probation Officer.

**Required Compliance Program** - The defendant corporation shall establish and maintain an effective compliance program which shall comply with all federal rules and regulations pertaining to the importation of goods and shall employ an appropriately qualified Compliance Officer, subject to the approval of the Court. This Compliance Officer shall have the responsibility for implementing the compliance program and overseeing the compliance program. The compliance officer shall be a senior level management or supervisory level officer. The entire compliance program shall remain under the supervision of the Court for the duration of the term of probation.

**Required Notification/Breach of Compliance** - The defendant corporation is to inform the U.S. Probation Officer of any breach of compliance involving the defendant company. A description of the nature, date and time of the breach of compliance shall be provided to the U.S. Probation Officer within three days of the breach.

**Independent Consultant/Auditor** - Within 30 days the defendant corporation shall engage the services of an outside, independent consultant/auditor, subject to the approval of the Court. This independent auditor will audit each aspect of the defendant's internal controls as to compliance with applicable rules and regulations, to the extent necessary. Subsequent to this first audit, any additional audits shall be performed at the discretion of the U.S. Probation Officer. All audit reports prepared shall be submitted to the U.S. Probation Officer. The corporate representative shall submit its report, if any, to the U.S. Probation Officer, describing all steps taken to address any issues in the independent auditor's report, along with the original independent auditor's report within 30 days after it is provided.

**Required Records Retention** - In addition to the record retention requirements set forth in the applicable portions of the Code of Federal Regulations, the defendant corporation shall keep the records required to be retained pursuant to regulatory provisions for the period specified in the applicable regulation or for a period of five years whichever is longer.

**Corporate Compliance** - The defendant corporation shall not, through a business transaction of any type, including but not limited to, a change of na,e, business reorganization, sale or purchase of assets, divestiture of assets, or any similar action, seek to avoid the obligations and conditions set forth in the plea agreement. The plea agreement, together with all of the obligations and terms thereof, shall inure to the benefit of and bind assignees, successors-in-interest, or transferees of the defendant.

**Community Service Payment** - The defendant corporation shall pay a total of $50,000 to the South Florida National Parks Trust, as a form of community service. The payment shall be made in full at the time of sentencing. The defendant corporation shall not seek any reduction in its tax obligation as a result of this community service payment. In addition, it shall not characterize, publicize, or refer to this community service payment as a voluntary donation or contribution.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT ORGANIZATION:   MERCATOR SHIP MANAGEMENT, S.A.
CASE NUMBER:              11-20220-CR-JORDAN

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 100,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3A — Criminal Monetary Penalties

Judgment — Page 5 of 5

DEFENDANT ORGANIZATION:    MERCATOR SHIP MANAGEMENT, S.A.
CASE NUMBER:    11-20220-CR-JORDAN

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Fine of $100,000.00.   $50,000.00 of which shall be due as follows: $25,000.00 by August 5, 2011, and $25,000.00 by November 5, 2011.   The remaining $50,000.00 is suspended and shall be paid immediately to the South Florida National Parks Trust through the Clerk's office as a community service payment.